## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Azizan John R. Smith-El,

      Plaintiff,                                 Civil No. 07-4616 (RHK/RLE)

vs.                                           **DISQUALIFICATION AND**
                                                  **ORDER FOR REASSIGNMENT**

Bob Flecher, Ramsey County Sheriff,
all other not named detention facility
staff,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 16, 2007

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                            United States District Judge